ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY -4 PM 3:32
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| GUY G. GEBHARDT, Acting United States Trustee, Region 21,<br><br>Plaintiff,<br><br>vs.<br><br>LISTER HARRELL,<br><br>Defendant/Appellant. | CV 315-023<br><br>(Adversary Number in Bankruptcy Court: 14-03001)<br>(Underlying Case No. 12-30112) |

## O R D E R

On January 5, 2015, Mr. Lister Harrell filed a notice of appeal, but he did not pay the appellate filing fee. On April 7, 2015, this Court directed Mr. Harrell to pay the filing fee within ten (10) days or face dismissal of the case. He has failed to pay the filing fee. Accordingly, the case is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of May, 2015.

UNITED STATES DISTRICT JUDGE